IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>        Defendant. | 8:22CV351<br><br>ORDER |

This matter is before the Court on defendant United Services Automobile Association's ("USAA") motion to dismiss (Filing No. 5). USAA advised the Court it was "improperly named" but it was not corrected in the complaint. The Court will not rule on the motion to dismiss until it is clear who should be the named defendant or defendants.

IT IS SO ORDERED.

Dated this 26th day of January 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge